In the Matter of ISIDORE H. GOLDBERG, Respondent, v. BOARD OF EXAMINERS OF THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Appellant.—

Ughetta, Acting P. J., Brennan, Rabin, Benjamin and Munder, JJ., concur. [45 Misc 2d 967.]